UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN GIANT, INC.,<br><br>                Defendant. | Case No. 1:19-cv-10476-MBB |

## NOTICE OF SETTLEMENT

Arnold Vargas, by and through undersigned counsel, hereby advise the Honorable Court that they have reached an agreement in principle with Defendant, American Giant, Inc., to settle the above-captioned matter. The parties are finalizing the settlement and dismissal documents and expect to file the dismissal papers within 30 days. The Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 8, 2019

Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants on the date set forth below.

Dated: August 8, 2019                              */s/ Jason M. Leviton*
                                                                             Jason M. Leviton