IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GIANT, INC.<br><br>Defendant. | Civil Action No.: 1:19-cv-10476-MBB<br><br><br>STIPULATION FOR DISMISSAL |

## STIPULATION FOR DISMISSAL

Plaintiff, ARNOLD VARGAS, and Defendant, AMERICAN GIANT, INC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate:

1.    This action shall be DISMISSED, with prejudice, in its entirety. The dismissal shall include all claims as between ARNOLD VARGAS, and AMERICAN GIANT, INC., its predecessors, successors, affiliates, assigns and additional Released Parties as identified in the parties' settlement agreement;

2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 19, 2019                    Respectfully Submitted,

/s/ Jason M. Leviton                         /s/ Adam B. Merrill
Jason M. Leviton (BBO# 678331)               Adam B. Merrill
**BLOCK & LEVITON LLP**                      **POLSINELLI**
260 Franklin Street, Suite 1860              One East Washington St., Suite 1200
Boston, MA 02110                             Phoenix, AZ 85004-2568

*Attorneys for Plaintiff*                    *Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed with the Clerk's Office through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the notification of electronic filing (NEF) and paper copies will be sent those indicated as non-registered participants on September 19, 2019.

/s/ Jason M. Leviton
Jason M. Leviton